■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONES R. WOODS, Appellant. [632 NYS2d 1013] —Judgment unanimously affirmed. Memorandum: Upon our review of the record, we conclude that the jury did not fail to give the evidence the weight it should have been accorded and that the verdict is

not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495).

In view of defendant's extensive criminal record and history of anti-social behavior, we further conclude that Supreme Court did not abuse its discretion in sentencing defendant as a persistent felony offender to two concurrent indeterminate terms of imprisonment of 15 years to life for his conviction of unauthorized use of a vehicle in the second degree (Penal Law § 165.06) and criminal possession of stolen properly in the fourth degree (Penal Law § 165.45). (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Unauthorized Use Vehicle, 2nd Degree.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.